UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN AMIE, | ) NO. CV 10-567-JVS (MAN) |
|           Plaintiff, | ) |
|   v. | ) JUDGMENT |
| FIVE PEOPLE IN CRIMINAL COURT BUILDING DEPT. 105, et al., | ) |
|           Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 24, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE